Prob 12
(Rev. 3/88)

**FILED**
2009 JUL 21  PM 3:09
CLERK
U S DISTRICT COURT

UNITED STATES DISTRICT COURT
For The
WESTERN DISTRICT OF PENNSYLVANIA

U.S.A. vs. Steven C. Walls                                    Docket No. 98-00190-001

### Petition on Supervised Release

    COMES NOW Theodore W. Johnson, CHIEF PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Steven C. Walls, who was placed on supervision by the Honorable Gary L. Lancaster, sitting in the Court at Pittsburgh, Pennsylvania, on the 27th day of April 2007, who fixed the period of supervision at three years and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

Supervision is to be under the same terms and conditions set forth in the Court's original sentence of May 28, 1999.

Original conditions of supervision imposed on May 28, 1999, at sentencing:

- Pay special assessment of $100

| Date | Event |
|---|---|
| 05-28-99: | Distribution and Possession With Intent to Distribute in Excess of 5 Grams of Cocaine Base; Original Sentence; Judge Lancaster, Pittsburgh, PA, 188 months' imprisonment, followed by 5 years' supervised release. |
| 07-28-00: | Order, Judge Lancaster; Resentenced to 94 months' imprisonment with all other terms of the original sentence to remain in full force and effect. |
| 06-20-06: | Released to supervision. |
| 03-05-07: | Petition signed, Judge Lancaster; Warrant issued for arrest and bond set at $5,000. |
| 04-27-07: | Revocation hearing; Judge Lancaster; Supervised release revoked and sentenced to 8 months' imprisonment and 3 years' supervised release, under the same terms and conditions set forth in the Court's original sentence. |
| 12-10-07: | Released to supervision; Currently supervised by U.S. Probation Officer Tracey J. Begonia. |

    **RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**

    Your Petitioner reports the defendant has violated the following conditions of supervision:

**The defendant shall refrain from any unlawful use of a controlled substance.**

    The defendant tested positive for the following: cocaine on December 17, 2007; cocaine, marijuana, and benzodiazepines on January 8, 2008; cocaine and marijuana on April 1, 2008; cocaine on May 13, 2008; cocaine and marijuana on June 3 and June 16, 2008, and April 2 and April 17, 2009. He was referred to drug treatment but failed to attend as instructed and ultimately quit altogether without the probation officer's approval.

**The defendant shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer.**

    The defendant failed to report an arrest on May 15, 2009, for Possession of a Small Amount of Marijuana and Driving Under Suspension.

U.S.A. vs. Steven C. Walls
Docket No. 98-00190-001
Page 2

**The defendant shall report to the probation officer as directed by the Court or probation officer and shall submit a truthful and complete written report within the first five days of each month.**

The defendant failed to submit monthly reports for April 2008 through May 2009. The defendant also failed to keep an appointment or call to cancel on July 9, 2009, and has not been in contact with probation since that time.

PRAYING THAT THE COURT WILL ORDER that the supervised releasee appear in Federal Court, Courtroom No. 3250, Third Floor, U.S. Post Office and Courthouse, Pittsburgh, Pennsylvania, with legal counsel on Friday, August 7, 2009 at 3 PM, to show cause why supervision should not be revoked.

I declare under penalty of perjury that the foregoing is true and correct.

ORDER OF COURT

Considered and ordered this 29th day of Jul, 2009 and ordered filed and made a part of the records in the above case.

_____
U.S. District Judge

Executed on July 17, 2009

_____
Tracey J. Begonia
U.S. Probation Officer

_____
Roselyn Gerson
Supervising U.S. Probation Officer

Place: Pittsburgh, PA

cc: All Counsel
    US Marshal
    US Probation